**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CARL LOWE, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No: 12-cv-2009 |
| v. | ) ) | Judge Joan H. Lefkow |
| DIVERSIFIED CONSULTANTS, INC., | ) ) ) | Magistrate Judge Young B. Kim |
| Defendant. | ) | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE
FOR DANIELLE M. KAYS**

Pursuant to Local Rule 83.17, the undersigned, counsel of record for Defendant Diversified Consultants, Inc., hereby moves for leave to withdraw her appearance. In support thereof, the undersigned state as follows:

1. At the time of filing my appearance in this matter on behalf of Diversified Consultants, Inc., I was employed by the law firm of Grady Pilgrim Christakis Bell LLP.

2. As of September 7, 2012, I am no longer associated with Grady Pilgrim Christakis Bell LLP.

3. Jeffrey D. Pilgrim, partner of Grady Pilgrim Christakis Bell LLP, is also counsel of record for Diversified Consultants, Inc., and Diversified Consultants, Inc. will remain represented by Mr. Pilgrim in this matter.

4. My withdrawal from this matter will not prejudice Diversified Consultants, Inc. or any other party.

5. For all of the above reasons, the Court should grant me leave to withdraw my appearance on behalf of Grady Pilgrim Christakis Bell LLP.

WHEREFORE, Danielle M. Kays requests that this Court enter an Order withdrawing her appearance in this matter as counsel for Defendant Diversified Consultants, Inc.

        Respectfully submitted,

        DANIELLE M. KAYS


        /s/ Danielle M. Kays


Danielle M. Kays
2634 Sierra Canyon
New Lenox, IL 60451
(312) 720-8042